# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Original Creations, Inc.

                Plaintiff,

v.                                    Case No.: 1:09−cv−08048

                                            Honorable Harry D. Leinenweber

Shye Worldwide, LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 20, 2010:

      MINUTE entry before Honorable Harry D. Leinenweber:For the reasons stated in open court, Defendant Shye Worldwide's Motion to dismiss [17] is denied. Status hearing set for 5/25/2010 at 09:00 AM.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.